[Dkt. No. 21]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : <br> AMITKUMAR KANUBHAI PATEL : <br> : | Crim. Action No. 20-613 (RMB) <br><br> **ORDER** |

For the reasons set forth in the accompanying Opinion,

**IT IS therefore on this 18th day of February 2022**,

**ORDERED** that the Government shall file any response to the Opinion within ten days from the date of entry of this Order. Absent a response, the Court will enter an order dismissing the Indictment.

s/ Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
United States District Judge