[Dkt. No. 21]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 20-613 (RMB) |
| v. | **SUPPLEMENTAL OPINION** |
| AMITKUMAR KANUBHAI PATEL |  |

APPEARANCES:

Jason M. Richardson, Assistant United States Attorney
Andrew Carey, Assistant United States Attorney
Office of the United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

On behalf of the United States

Lori Koch, Assistant Federal Public Defender
800-840 Cooper Street, Suite 350
Camden, NJ 08102

On behalf of Defendant

BUMB, United States District Judge

This matter comes before the Court after oral argument on the supplemental briefs filed by the parties (Govt's Brief, Dkt. No. 44; Def's Brief, Dkt. No. 45) in response to this Court's Opinion and Order dated February 18, 2022 (Dkt. Nos. 42, 43), provisionally granting Defendant's motion to dismiss the Indictment, subject to additional briefing and oral argument. At oral argument, the Government attempted to clarify the prosecution's theory. This Court understands the prosecution to allege that when Defendant failed to return to the United States in August 2017, he interfered with Poonamben Patel's ability to have any

parenting time with her child, in violation of 18 U.S.C. § 1204. Thus, the Government is not alleging that a custody order was violated, but that Defendant, by not returning to the United States when Poonamben Patel expected, obstructed her from having any parenting time. This theory, as narrowed by the Government, appears to fall within the parameters of § 1204.

Finally, the parties have presented conflicting evidence regarding Poonamben Patel's consent to Defendant's move to India, and consequently, their agreement as to parenting time. Therefore, for the reasons set forth on the record, this Court will not enter an order dismissing the Indictment and the case will proceed to trial.

**DATED:  May 31, 2022**

> s/ Renée Marie Bumb
> RENÉE MARIE BUMB
> United States District Judge